UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SARAH HADFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 13-1224 JPG/PMF |
| | ) |
| MERCHANT CREDIT GUIDE, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's motion to dismiss (doc. 23) which is actually a stipulation to dismiss. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: December 22, 2014

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE